UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No:  3:17-cr-00012-TJC-JBT

DAVID KAMPFE
_____/

## CHARACTER LETTERS FOR DAVID KAMPFE – INDEX

**A.     FAMILY**

1.     Kathryn Kampfe – Wife
       *Doctor of Physical Therapy at Outpatient Orthopedic Clinic*

2.     Eleen Monica Kampfe – Mother
       *Wellspring Health & Sports Performance; Chiropractic Assistant*

3.     David Kampfe, Sr. – Father
       *KMS, Inc.*

4.     Christin Kampfe – Sister-in-law
       *Wellspring Health & Sports Performance*

5.     Marcus Alan Kampfe – Brother
       *Wellspring Health & Sports Performance; Doctor*

**B.     FRIENDS**

6.     Lisa Ann Collins
       *Attorney*

7.     Kristi Blanton Uhland
       *Volunteers at numerous non-profits*

8.     Samuel Uhland
       *Student at Jacksonville University*

9.     Emily Uhland
       *Nursing Student at Samford University*

10.   John Uhland
      *Student at University of North Florida*

11.   Jill L. Moore
      *Mortgage Originator for U.S. Bank*

12.   Jana Carter
      *Owner of 63 Visual*

13.   Patrick Carter
      *Owner of 63 Visual*

14.   Nicholas Tabassi
      *Project Coordinator for Zimmer Biomet*

15.   Christian Dakhil
      *Owner of a convenient store*

16.   Creighton Clingan
      *Automobile Interior Repair Technician*

17.   Officer Paul E. Bounds
      *Neptune Beach Police Department*

18.   Heather McConville
      *Owner of Smooth Moves, Inc.*

86185

**Subject:**                      United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT Kathryn Kampfe letter

**From:** Kate wood <kat1504@comcast.net>
**Date:** March 24, 2019 at 10:23:17 PM EDT
**To:** CSF@fallgatterlaw.com, david@dynamicfitness.com
**Subject: Re: United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT Kathryn Kampfe letter**

> Honorable Timothy J. Corrigan
> District Court Judge
>
> Re: United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT
>
> Dear Judge Corrigan,

My name is Kathryn Kampfe and I am the wife of David Kampfe. I currently work full-time as a Doctor of physical therapy at an outpatient orthopedic clinic. I've known David since 2015. We met at a fitness competition and soon after begin dating. We were married May 27, 2018 and we've only been married about 10 months and I love this man with all my heart.

I don't even know where to begin when it comes to talking about the type of man David is. What initially drew me to him was his genuine sense of caring and his passion in what he does. When you spend time with David you quickly learn that he is extremely passionate about his career. He personally lives and breathes health, in all aspects. This carries over into his work. He wants to help people, not just get healthy, but truly change their lives. People that have spent time with David, or gone through his programs, and truly followed them have not only gained their health, but it has spilled over into other aspects of their lives as well. Whether it be improving their job satisfaction, finding happiness in their relationship or simply improving their mindset on a day-to-day basis.

I see how he chooses to live each day. He practices what he preaches. If he is telling someone to work out, to eat healthy, to get enough sleep, to drink enough water, and to embody a positive mindset he is also doing the same things himself. The fact that he lives the way he does makes him an incredible leader. He leads by example. People come to him asking for advice, not just on how to be healthier, but also as a mentor in other aspects of life. A typical day in David's life is getting up at 4 AM, working out 5am to 7am, working with clients until noon, taking a short lunch break then returning to the gym for an afternoon of meetings, assessments and more training sessions. He often doesn't get home until 730 or 8 PM. He is an extremely hard worker, he is incredibly driven, and he cares about the success of his clients. This is what makes him so successful, because sometimes he cares more about their progress than they do. I know for a fact he has to schedule himself time to rest because his work is nonstop.

He works with high school athletes, children with Autism, general weight loss clients and competitive physique athletes. He has sent 29 students to college on division 1 scholarships, he has documented over 10000 pounds of weight loss, he has helped a child with autism be able to catch a ball so he could play catch with his dad, and he has turned 11 people into professional physique athletes, including myself.

You don't become that successful in changing someone's life by simply sending them a plan. You teach them how to change their mindset, you teach them how to embody health, you are with them during the ups and the downs of the process, and you coach them through all these aspects. This displays the incredible compassion, and further, the high level of expectation he has for those that he works with. He

1

expects high results and this helps push people to be the best version of themselves. Sometimes it takes someone else to believe in you, before you can believe it yourself.  David is that person.

Another aspect I respect is that he lives very simple. One thing we never argue about is money. He does not spend money lavishly because he doesn't feel the need for material items, because he knows those things are not important. The things that are important to him he will invest in, such as his relationships, his family and his friends.

I remember he came home one day and told me that someone stole $200 out of his wallet from his desk drawer at the gym. He wasn't mad that he lost money, he was upset that someone close to him took it. All David had to say about the event was, "if they simply asked me for the money, I would've given it to them."

You are more likely to see David lending a buddy $300 then you are see him spend $300 on a pair of sunglasses. He doesn't need the newest one phone, the designer clothes or the newest vehicle. He does not value "stuff". I see him spend money on events with his family, investing in relationships, and investing in our future. He is constantly saving for the family that we plan to have. He cares about whether our children go to college and he values being able to provide financial stability for them.

As his wife, he has made me a better person. He forces me to look in the mirror to see how I can better improve my mindset, the way I treat others in my life, and how I can be the best version of myself. He has enabled me to grow as a professional physique athlete, as a doctor of physical therapy and as a wife.

This is a man whose goal is to start a family, be a stable provider, and be a productive member of society.

When you ask David what he does for a living, it's not a personal trainer, it's not a health coach, it's not a physique athlete. David truly changes people's lives and I have seen this firsthand. This is someone you want free to do what he does because he's only making the world a better place one individual at a time.

Respectfully,
Kathryn Kampfe PT, DPT, CIDN, FMT

Sent from my iPhone

Eileen M. Kampfe
118 12th dr N.
Jax Bch, Fl 32050

Honorable Timothy J. Corrigan
District Court Judge.

RE: United States v. David Kampfe;
MDF Case No: 3:17. cr. 12. TJC. JBT

Dear Judge Corrigan

#1  I am Eileen Monica Kampfe a practicing
Master Herbalist for over 41 years and a
G.A.P.S practioner for over 5 years. I
currently work for Wellspring Health &
Sports Performance in the capacity
of a Chiropractic Assistant utilizing
my many years of experience in healthy
living. Prior to this I was Program
Director and Cognitive therapist in a
Community based Brain Injury Rehab program
my husband started 38 years ago. Our
second son Matthew Kampfe has been running
the program the last 5 years. I have been
married to my husband over 40 years and
our marriage, faith plays a major role
in our lives.

①

#2 I am David Kempfe Jr's biological mother. Growing up David Jr always had a tender caring heart for people. A life experience David Jr took on was to help an elderly man with MS who was going blind and unable to care for himself. He was a quadrapalegic in a wheelchair. David Jr. volunteered and assisted in dressing feeding, empty catheter bag & play cribbage. David Jr. also involved a friend or two volunteering to help this gentleman. This brings tears of joy to my heart to see this character trait continue as he started his own business working with disabled children which continues until this today. David has been a living example that he cannot amputate the poor choice he made that landed him in this situtation. But He has not let it define who he is.

(2)

#3  The reasons for a lenient sentence,
first time in trouble, has served
many years of supervision already with
no issues, has been through counseling,
recently got married, has continued
to grow a business, dedicated to a healthy
life style. David Jr is a young man who
has matured in character and maintained
his diligence to grow through this
terrible ordeal.

I don't know how many have come
before you with the courage, determination
and faith to be the best young man
he can be given this long arduous
season of being under the watchful eye
of the law.

                    Respectfully

                    Eileen, Monica Kampfe

March 20, 2019

David E. Kampfe
118 12th Avenue North
Jacksonville Beach, FL 32250

Honorable Timothy J. Corrigan
District Court Judge

        Re:    United States v. David Kampfe
               MDF Case No. 3:17-cr-12-TJC-JBT

Dear Judge Corrigan,

        I am David E. Kampfe, Sr. writing on behalf of David Kampfe, Jr., my son. This is a difficult letter to write and I thank you for this opportunity and true consideration of the content. For over thirty years I owned and operated KMS, Inc., which is a community based brain injury rehabilitation program located in Portland, Oregon. Our program dealt with drug and alcohol issues as well as behavioral issues. The last twelve years I have been a consultant to the program.

        My wife, Eileen and I have been happily together for over 40 years. We have three sons, Marcus who is 39, Matthew who is 35 and David Jr. who is 29. David was always a good kid growing up. All three boys were very involved in sports and very athletic and I was active with our boy's athletics throughout their childhood. I coached David 10 years in track, 4 years in soccer and 15 years in basketball. David attended college on a football scholarship at West Liberty University. David and his brothers were all raised in and around our rehab program. We were also involved with the Special Olympics and in the life of a gentleman, Carl, who has suffered from multiple sclerosis for over 25 years. Carl can do nothing for himself; David would spend significant time helping Carl with regular day to day activities that you and I take for granted.

        David is a good son, husband, brother, uncle, cousin and married Kate in the summer of 2018. I love my son but was truly disappointed when I was made aware of this pending matter. We have a strong family bond with all of our children and we live close to David and Kate. We are actively together for dinners, birthdays and holidays, we are a close family. David's mother and I are very active in our church and raised the boys to be good Christians with strong morals and values. We all work hard to raise our families and even though we make good decisions, one wrong decision can have devastating effects such as this case with David. Once you come to understand who David really is, you will realize that these actions David was involved in were completely out of character. It is ironic because David is a fitness trainer and a health and lifestyle coach at The Gym. He and his wife live a healthy lifestyle and encourage others to do the same. David has not been involved with drugs since 2013, outside of his work in this case for

the DEA.  I am proud of how David has conducted himself throughout this process. He has learned from this terrible mistake. I beg you to consider David's future and his family in regard to his sentence. He is a good and honest man that loves his family, respects his health and helps others.   David has cooperated with the Court and has moved forward constructively with his life. My hope and prayer is you will come to see and understand who David is as a whole person in your consideration in his sentence, and I humbly ask that you be lenient in your judgment of my son.

Respectfully,

David Edgar Kampfe

Christin Kampfe
422 13th Ave North
Jacksonville Beach, Fl 32250

Honorable Timothy J. Corrigan
District Court Judge

Re: United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT

Dear Judge Corrigan:

My name is Christin Kampfe. I am married to Dr. Marcus Kampfe, who is David Kampfe's oldest brother. Currently, I split my time between homeschooling our five children, ranging in age from 14 to 9 years old, and working in my husband's office, Wellspring Health & Sports Performance. Two years ago I worked as the director of a homeschool co-op with over 60 kids involved. I believe in hard work, honesty, and being a kind person. This is what I believe David exemplifies.

My relationship to David Kampfe began over 20 years ago when I started dating his oldest brother, Dr. Marcus Kampfe. Being and only child, I loved spending time with Marcus' brothers and went to Junior Olympic Track meets to watch David compete. Needless to say I spent a lot of time with David! When we got married, in 2001, David was only 12 years old. So basically I have watched him grow up. During that time will say that I have witnessed him make some good choices, as well a some poor choices. However, in the last 5 years I feel like he has matured and grown into a man that I not only love, but that admire and respect. At one point in his life, I would have said that David had a temper. But the temper is gone now! He handles things with such wisdom and discernment. Often, he has talked me down when I was upset and rationally explained both sides of the situation to me. I have also witnessed him guide my children on the best way to deal with conflict amongst themselves and with others. David has become and gentle and changed man! A great deal of this I also attribute to his wife Kate. When David met Kate you could witness a change occurring. He became less self- centered, and more focused and driven to have a career and be the best version of himself. Our family had the pleasure of witnessing Kate and David's marriage last year in May. I believe they truly bring out the best in each other.

Your honor, I believe that my brother-in-law got mixed up in a bad situation. However, that is not who he is and does not represent the man he has become. This situation was a wake up call. It forced him to realize how fragile life can be and the importance of being a man of valor. David's character and love for others can bee seen in the work he does with Dynamic Fitness. He has literally changed hundreds, if not thousands, of lives through coaching them physically, mentally, and emotionally. David's heart is bigger than the muscles that line that enormously, chiseled chest. This is a man that is changed and society would be lost without. It is my prayer that you would see the changes in David and impose and lenient sentence on David and at most a sentence of probation. My brother-in-law is a man of noble character - and I am proud to call him not only family, but my brother.

Respectfully,

Christin G. Kampfe



Wellspring

Dr. Marcus A. Kampfe
422 13th Ave North
Jacksonville Beach, Fl 32250

Honorable Timothy J. Corrigan
District Court Judge

    Re: United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT

Dear Judge Corrigan:

    My name is Marcus Alan Kampfe and I am a Father of five children, four daughters and one son ages 15 to 9 years old this year. I have been married for eighteen years to my lovely bride Christin Kampfe. I currently work as a Doctor of Chiropractic, specializing in Sports Medicine. I have owned my private practice for the last ten year period I have been privileged to serve both the University of North Florida and Jacksonville University as part of their sports medicine team. Currently, I still work with North Florida and their athletic programs. During this period, I have also passed the test to join the Professional Golf Associations Medical Team. I have been sought after as an expert to teach for the Council of Extremity of Adjusting, where I also sit on their Board of Directorship. Other boards that I have served on include the local soccer club, JFC/Armada, where I was on the the finance committee and helped put together the Strategic Planning Committee for the club. The Caden Project, also known as Compassionate Hearts For Kids, a 501(c)(3) is a non- profit organization after the heartbreak the parents endured with both of their boys. I was blessed to be able to serve on their board as well. Additionally, I am active with Coaches Honor who's mission is to challenge, encourage and disciple coaches and leaders to follow Christ at home, school and in the workplace.

    David Kampfe is my youngest brother. We are ten years apart and born on the same day. I consider him one of the greatest birthday presents I have ever received. We have always had a very unique relationship especially with the age gap. David was eight years old when I moved out of the house and to Colorado for college. A lot changed for David over the years and he made the choice to make sacrifices, such by giving up his room to help our adopted grandfather who had MS and was a quadriplegic. David's life really changed when he moved to Florida. David struggled especially at Fletcher. He was harassed and bullied because he was a little bit smaller than the other boys. One incident that I remember him sharing was when he was peed upon and constantly had to defend himself from the abuse of the upper class. David's anger and frustration from the past has been tamed and been reversed into sage wisdom for my children. He offers them, as well as his peers and even myself, a new vantage point to look at scenarios they are faced with. He has taken an active role in his nieces and nephew life. David situation is a bad choice but does not reflect the man's

710 North 3rd Street Jacksonville Beach, FL 32250   Office 904.249.1551   Fax 904.249.1530

character that has been evident throughout his life. His ability to change his life has allowed him the opportunity to assist and promote change in countless others. I am a testament to what he teaches through his company Dynamic Fitness. I have done his nutrition program, which has helped me to loose thirty-four pounds and keep it off by monitoring my nutrition. His impact far out reaches what you see before you. I am one of thousands who's lives are continually and radically altered by the life of David. My prayer is you would see a man who has not only changed but took the obstacles in his life and used them to impact others and change the world one person at a time. He continues to do this on a daily basis. David has been living and following everything that has been asked of him over the years without grumbling and complaining, which has been yet another character trait I have grown to admire.  Imposing a lenient sentence on David and at most a probation is my prayer. I am humbled and proud to call David my brother and friend!

Respectfully,

**DR. MARCUS A. KAMPFE**
Sports Medicine University of North Florida
Board Certified Chiropractic Physician
Certified Extremity Practitioner
PGA Tour Provider

**LISA A. LEE**
*Attorney at Law*
*Practice Limited to Veterans Benefits*
14286-19 Beach Blvd. #194
Jacksonville, FL 32250
(904) 223-1974, Fax (904) 551-0691
LisaALee66@msn.com
VeteransLegalHelp.com

March 7, 2019

Honorable Timothy J. Corrigan
District Court Judge

Re: United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT

Dear Judge Corrigan:

Allow me to introduce myself. My name is Lisa Ann Collins and I am an attorney here in Jacksonville. Please note that I still use the surname "Lee" in my professional career, my married name for over 16 years. My Florida Bar number is 990-299. I have been in good standing with the bar since I was admitted back in 1991. In my practice, I have been representing disabled American veterans since 1999. I am a mother of 2 grown sons, one of which was trained by David a few years ago before he joined the United States Army.

I have known David for approximately 7 years. At first, I considered him my athletic trainer. However, over the years, he became a very close friend of mine. When he got engaged to Kate, I offered and he accepted to have his engagement party at my house. Watching David and Kate get married last year was truly a highlight seeing the love that they share and the love of their extended families for these 2 individuals.

David is a kind and extremely caring individual. He goes out of his way to help not only me, but everyone that he comes into contact with. When Hurricane Mathew was approaching, David came over to my house and said "How can I help?" Knowing I am a single women and neither of my sons was in town at the time, he came over and completely strapped down building materials that had been left by contractors, my boat and my dock. He is the kind of person that will drop whatever he is doing to help out a friend in need. I have met his family and these are values that his entire family abide by. He truly cares about the people in his life and he shows these through acts of kindness on a daily basis.

I am here to request that you impose a lenient sentence on David. I pray that he does not see any jail time as this would be a detriment to so many people that David affects positively on a daily basis. I honestly believe that sending David

1

**LISA A. LEE**
*Attorney at Law*
*Practice Limited to Veterans Benefits*
14286-19 Beach Blvd. #194
Jacksonville, FL 32250
(904) 223-1974, Fax (904) 551-0691
LisaALee66@msn.com
VeteransLegalHelp.com

away from Kate, his family and the numerous friends and clients that he has, will not serve to benefit society. He is generous to so many people and I request that at most you impose probation so that he can continue to be the man that can help people on a daily basis.

If you wish to contact me regarding David, please feel free to contact me at the above number or on my personal cell phone: (904) 445-8632.

Respectfully submitted,

*Lisa A. Collins*

Lisa A. Collins

2

Kristi Blanton Uhland
42 Charter Circle, Nocatee, FL 32081

Honorable Timothy J. Corrigan
District Court Judge

      Re: United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT

Dear Judge Corrigan:

My name is Kristi Uhland, a native Floridian, a mother of three, a former client and current family friend of David Kampfe, Jr. I graduated Summa Cum Laude from Jacksonville University in 1992 with a degree in Communications and have been a member of the Jacksonville business community for 25 years. After losing my husband to cancer when I was 42, I have since devoted much of my time and efforts to volunteer work in our city. I now work part-time for a non-profit and enjoy giving back to the community through various organizations such as the Gabriel House of Care on the Mayo Clinic campus. I am currently a member of the Board of Directors for Legacy Trust Family Wealth Offices in Ponte Vedra Beach.

David began training our entire family in 2012, including my husband who was then battling cancer. Our three children spanned middle and high school, and he tailored training programs to help each meet different goals. When my husband lost his battle to cancer, David was a pillar of support to us all. My children respected him professionally and enjoyed him as a friend. I trusted him as a mentor to provide wise counsel and guidance in the absence of their father.

Two of my children were on a path to becoming collegiate golfers and David went the extra mile in supporting them by attending golf tournaments and participating in their NCAA Division 1 signing ceremonies. Even though they now have trainers through their college programs, David has remained a friend and resource for them, and my children all attended David's engagement party and wedding this past year. The bonds of friendship, respect, and loyalty go far beyond the gym walls.

David allowed my youngest son John to spend extra time with him at the gym when his older siblings were at golf practice. The time and attention David invested in John undoubtedly helped shape his character. I will never forget, nor fail to appreciate, David kindly and gently challenging John to speak respectfully to me and not argue with me. Wow, how I appreciated that assistance with raising a teenager as a widow!?

David helped me prepare for my first Boston marathon, which meant I had to run a qualifying time. With his training and encouragement, I achieved that goal on my first attempt, running a marathon in 3 hours and 42 minutes. I have since run the Boston marathon twice, requalifying each time. David believed in me when I was afraid to tell others of my goal in case I failed. David was the first person I told I had qualified. David has shown consistent friendship and support even though I have not made it inside the gym in far too long!

David is a wonderful, contributing member of society here in Duval County. He positively impacts individuals in ways far beyond fitness and physical strength.  His giving and caring nature is a rare gift in this predominantly self-centered society.  It is my strongest desire that you grant leniency to David to the greatest extent possible.

With sincere gratitude,

Kristi Uhland

Samuel Uhland

8787 Southside Blvd, Jacksonville, FL 32256

Honorable Timothy J. Corrigan

District Court Judge

Re:    United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT

Dear Judge Corrigan:

I am a friend of David Kampfe and his family. I am finishing up my bachelor's degree at Jacksonville University this semester where I will graduate with a double major in Accounting and Finance. I also play Division I Golf for the Men's Golf Team at JU. I plan to continue my education into Seminary College at Gordon-Conwell Theological Institute where I will pursue a Master's of Divinity.

I have known David for about 7 years now. We first met when he began training my siblings and I while my Dad was undergoing his first rounds of chemotherapy and radiation for esophageal cancer. David was our personal trainer, but he also was a friend and an encourager to me. He was the first person to ever show me that hard work and dieting correctly could not only improve my golf game, but could help me feel better in general. He always pushed me to reach my potential and to never settle, but he never made me feel like I was weak. This began a friendship that has lasted to this day. I had the pleasure to attend his wedding this past May and it was a joy to have him at mine this past July. We have walked through life together: the ups and downs, marriages and deaths. He has always been there for me and I would not be the man I am today without him.

I know that you do not know me, Honorable Judge, but I hope you can understand that it makes no sense whatsoever that David would ever do anything to harm a person, especially regarding their health. David is so passionate about helping others to reach their goals and better themselves, and I know that he would never do anything to potentially harm a person's health like supplying them with illegal drugs. David is one of the most genuine and generous people I know. His heart is truly to help others, and I can only hope that you would see that it is far better for a person like David to be a contributing member of our society rather than locked away in prison for something that he would never do.

Thank you for giving me the privilege to speak to you on behalf of my friend.

Respectfully,

Samuel Uhland

Emily Uhland
42 Charter Circle, Nocatee, FL 32081

Honorable Timothy J. Corrigan
District Court Judge

Re: United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT

Dear Judge Corrigan:

My name is Emily Uhland, I am a senior nursing student at Samford University in Birmingham, Alabama. I play NCAA D1 golf on the women's team. I will be returning home to Jacksonville to take the NCLEX and find a position as a registered nurse this May (2019).

I have known David for eight years. Through middle and high school David trained myself and my entire family. David quickly became more than just a trainer, he became family. He helped us walk through many hardships. During high school my eldest brother and father both passed away within six months of each other, during that time that David supported us and grieved with us. He allowed us to continue training with him for a lower rate than what he usually charged so we could continue, always made himself available for us, and most importantly invested time into each of our lives. He helped us reach our goals and dreams of receiving full scholarships and playing Division 1 athletics.

David has always gone above and beyond any trainer. He has come out many times to support my brothers and I in our tournaments and games, spoken for my college signing day, and gathered with us over holidays and life events. I know without a doubt that God put David into my life and the lives of my family members. David helped us grow in so many areas in and out of the gym. I know that because of David and his investment into my life I was able to receive a full scholarship to an amazing school.

David Kampfe is one of the kindest, most intentional, and thoughtful persons in my life. I know that he has had this same impact on many people. He is compassionate, smart, selfless, giving, caring, patient, hard-working, and thoughtful. David has shown abundant amounts of grace and kindness to myself and family, I hope that now he will be able to receive grace in kind. Judge Corrigan, thank you for taking the time to read this letter, I hope it paints even the smallest picture of the wonderful man who is David Kampfe.

Respectfully,

*Emily Uhland*

Emily Morgan Uhland

John Uhland

42 Charter Cir, Ponte Vedra, FL 32081

Honorable Timothy J. Corrigan

District Court Judge

  Re: United States vs David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT

Dear Judge Corrigan:

  My name is John Walker Uhland. I am 18 years old, graduating from high school, and am going to be attending the University of North Florida this summer, seeking a degree in Construction Management. I played four years of varsity football, three years of varsity basketball, two years of varsity baseball, and I am currently competing as a thrower in track and field. I have been involved in the youth group worship team as well as the regular Sunday morning worship team at my church that I have been attending for the last eight years. I participated in Youth Quake Live student ministry as an actor for three years.

  I have known David since I was twelve years old. I began working out with him shortly before my half-brother died. As a home-schooler at the time, I spent all of my free time with David at his gym. I began to grow in strength and confidence due to David's influence in my life. About a year after I started working out with David, my father passed away from esophageal cancer. I would spend hours upon hours in the gym with David just working out and helping clean up the gym. David had become like a big brother to me. He taught me so much about physical training and how to properly build strength while taking care of my health.

  David not only helped me grow in my physical strength but also my mental strength. David taught me how to persevere through hard times because it was my duty to stay strong for my family. David became such a large influence in my life, that in later years I always would

push myself in the weight room to become the strongest and best player on the field so I could make him proud. He put that desire to be the best in my heart because he showed me that I was capable of being the best. I became a captain of my school's varsity football team as a Junior. Any milestone I reached in sports I would show to David so he could see how much I was progressing.

David has an amazing heart that wants to help everyone he meets. He would give you the shirt off his back if you asked for it. David is one of the most caring, compassionate, and personable people I have ever met.

Respectfully,

*John Uhland*

John Walker Uhland

Emily Uhland
42 Charter Circle Nocatee, Fl 32081

Honorable Timothy J. Corrigan
District Court Judge

Re: United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT

Dear Judge Corrigan:

My name is Emily Uhland, I am a senior nursing student at Samford University. I play NCAA D1 golf on the women's team. I will be returning home to Jacksonville to take the NCLEX and find a position as a registered nurse this upcoming May. I have known David for eight years. Through middle and high school David trained myself and my entire family. David quickly became more than just a trainer, he became family. He helped us walk through many hardships. During high school my eldest brother and father both passed away within six months of each other, during that time that David supported us and grieved with us. He allowed us to continue training with him for a lower rate than what he usually charged so we could continue, always made himself available for us, and most importantly invested time into each of our lives. He helping us reach our goals and dreams of receiving full scholarships and playing D1 athletics . David has always gone above and beyond any trainer. He has come out many times to support my brothers and I in our tournaments and games, spoken for my college signing day, and gathered with us over holidays and life events. I know without a doubt that God put David into my life and the lives of my family members. David helped us grow in so many areas in and out of the gym. I know that because of David and his investment into my life I was able to receive a full scholarship to an amazing school. David Kamfe is one of the kindest, most intentional, and thoughtful persons in my life. I know that he has had this same impact on many people. He is compassionate, smart, selfless, giving, caring, patient, hard working, and thoughtful. David has shown abundant amounts of grace and kindness to myself and family, I hope that now he will be able to receive grace in kind.

Judge Corrigan, thank you for taking the time to read this letter, I hope it paints even the smallest picture of the wonderful man that David Kamfe is.

Respectfully, Emily Morgan Uhland

To Whom it May Concern:

My name is Jill Moore. I work as a mortgage originator for US Bank and was with TIAA Bank for 20 years prior to joining US Bank.

I have known David Kampfe for 3 years.

David is my personal trainer at The Gym on Beach and San Pablo.

He also lives across the street from my husband and I in Jacksonville Beach, FL.

Since the day I first had a meeting with David he made me feel important and truly listened to me in regard to my training needs.  I did not feel intimidated or nervous by his success with training others to be pro body builders

Over the years he has taught me the essentials of taking care of my body through nutrition and working out.

If at any point I felt intimated by the work out he would gently lead me through the exercise until I felt comfortable.

David has taught me how to love myself by investing in me.  He is extremely knowledgeable in his field and goes above and beyond each time we are together.  He takes the time to answer my many questions and gives me educated and honest responses.

There has not been a day that has gone by that David has not been punctual and on point when he is training me.

David is my trainer and also has become a very good friend to me and my husband.  We have enjoyed time at their home having dinner and enjoying the company of him and his wife.

David is extremely passionate in every aspect of his life. He gives of his heart and soul each and every day.

I am blessed beyond words to have David in my life. He has made a huge impact on my life which gives me the grace and the strength to be successful in my work life and my home life.

Sincerely,

Jill L. Moore

904-233-7717

Jana Carter
732 Camellia Terrace Drive Neptune Beach, FL 32266
(904)-327-5757
March 25th, 2019

Honorable Timothy J. Corrigan
District Court Judge

Re: United States v. David Kampfe; MDF Case No:3;17-cr-12-TJC-JTB

Dear Judge Corrigan,

My name is Jana Carter. My husband Patrick Carter and I are self-employed. We have a small visual design studio named 63 Visual in Jacksonville Beach, FL. I have known David Kampfe for two years. David have impacted my family more than anyone ever has. He has shown us the way to live healthy lifestyles and be the best version of ourselves.

I met David in the gym two years ago and he has held my hand and had my back ever since.  My children look up to him because they see the example he sets for everyone. They can see his kind heart and loving spirit. They see him training young athletes to achieve their goals of a college scholarship. They see him training clients with Autism, teaching them the correct way to take care of their body. I don't have to explain to my children what kind of man David is, they can see with their own eyes, and listen to the words he says to know that he is a man with a heart of gold.

David lives, breaths, sweats, and bleeds passion for helping people. It is what brings him the most joy, anyone who knows him can see that. He is a man of strong integrity and dedication to his friends, family and clients. He would take the shirt off his back so someone didn't have to sit on the ground.

David has personally shown me the way to have more self-confidence and to feel comfortable in my own skin. He is currently training me to compete in my first body building competition. It is something I never thought I would do, but with all of his support and guidance, he is showing me the way. He has taught me that if you have the right mindset, you can achieve any goal you set your heart and mind to.

Over the past two years, David and his wife Kate have become family to us. They are the most uplifting, supportive, hardworking, loving, selfless, giving, and caring people I know. I feel blessed to have them in my life. David has changed my family and friends lives. We are forever grateful for his kindness.

Thank you for taking the time to read this letter. I hope it sheds some light on how much David means to so many people, and the character of this amazing man.

Respectfully,

Jana Carter

Patrick Carter
732 Camellia Terrace Drive, Neptune Beach, FL 32266
(904 626-4645
March 25th, 2019

Honorable Timothy J. Corrigan
District Court Judge

Re: United States v. David Kampfe; MDF Case No:3;17-cr-12-TJC-JTB

My name is Patrick Carter. I am the business owner of 63 Visual a graphic design studio in Jacksonville Beach, Florida. I am a lifelong member of the Jacksonville Beaches community graduating from Duncan U. Fletcher High School and the University of North Florida.

I have known David for more than 2 years. I met David while on a journey to improve my overall health and fitness. He has changed my life for the better, teaching me how to live a healthy lifestyle through nutrition and fitness.

Over the time I have known David he has selflessly helped me learn how to be a better athlete, business owner, and person overall. Me being an amateur in the gym, he has spent a lot of time using his expertise to help me correctly pursue this healthier lifestyle. Unfortunately I injured my shoulder last year by using improper form. Even though athletic training is his livelihood, he insisted on providing me with multiple complimentary training sessions during my recovery to insure I didn't injure myself again by using poor form. Additionally, his wife Kate, a doctor of physical therapy, and brother Marcus, a chiropractor welcomed me into their family to give me the best medical care possible in order to achieve a full recovery, which I have.

David is one of the most driven and passionate individuals I have ever met when it comes to his company, family, friends, and life as a whole. He is constantly going out of his way to do things for others and inspire the people around him. Aside from him being a professional athlete and living an admirable lifestyle for himself, his training company is in my opinion the most legitimate in the region, and is widely considered to be by others as well. David is very honest and trustworthy and always does what he says he will to be a pillar for his peers and clients.

David is one of the most talented individuals I know in his craft and he is passionate about sharing the healthy lifestyle that he loves with others. For myself at 37 years old, he has taught me more about nutrition and fitness than I have ever learned in my entire life, and more importantly have been a great friend to me and my family.

Thank you for taking the time to hear what I have to say about my friend David Kampfe. In this short letter, there is really no way to express the regard I hold for the character of David, but please understand that this is a great family man that is living a noble life – one that holds him in the highest of esteem with his family, friends, clients, colleagues, and anyone who's life he has encountered.

Honorable Timothy J. Corrigan

RE: United States v. David Kampfe

MDF Case No: 3:17-cr-12-TJC-JBT


Dear Judge Corrigan,


Hi, my name is Nicholas Tabassi and I work for Zimmer Biomet as the Project Coordinator for the TMJ product line.

I have known David Kampfe for 6 years know and I do not have the words to describe this man. I had the pleasure of meeting David when I moved to Jacksonville from St. Augustine in 2013. At this time, I understood where I was in my life was because of my decisions and the resulting actions from those young foolish decisions. I saw where my life was going and I was doing everything I could in order to change my circumstances, where I came to fully understand the phrase "stuck between a rock and a hard place." I had a goal in mind of where I wanted my life to go, but no way of getting me there. Enter David Kampfe. While there is no blue print for success, David showed me the blue print to trust myself. This blue print was built on hard work, knowing yourself and envisioning with every ounce of fiber in your body that you will get to a better place.

While you are reading this, I know you are expecting to read how he is a wonderful person with countless great characteristics; I want to tell you that this man is a pain in my butt. A pain in my butt when I want to give up, a pain in my butt when I do not want to eat healthy, a pain in my butt when I want to give less than my all, and the biggest pain in my butt that I am lucky enough to call my friend. I am thankful that he has never given up on me and been there for me through every turn. They say to become a better person, you must kill the old you in order to become the new you and in these last 6 years, I would not want anyone else there fighting through it all with me.

While I hope you have read this in its entirety, I will leave you with words from the Irish poet, Oscar Wilde, "The only difference between the saint and the sinner is that every saint has a past and every sinner has a future." I believe there are no more powerful words to describe a moment like this.


Respectfully,

Nicholas Tabassi

March 25th 2019

**Subject:**                    David Kampfe

-----Original Message-----
From: chris dakhil <chrisdakhil18@gmail.com>
Sent: Monday, March 25, 2019 10:21 AM
To: Curtis Fallgatter <CSF@fallgatterlaw.com>
Subject: David Kampfe

My name is Christian Dakhil and I own a convenient store and I been known David Kampfe for 6 month David is very thoughtful and loving and generous person, I contacted him 6 months ago seeking help to compete in bodybuilding and I'm 23 years old guy any other trainer I talked to wanted to get my money but Daivd was straight and honest with me from the beginning and told me that the process needs time instead of charging me a lot of money and I train with him every morning a lot of ppl come asking for free advice from him and he answers and help all of them David Kampfe is very respectful and man of his word to me he's someone I look up to he's like a big brother and a mentor and couch I hope I can be like him one day and help and touch peoples life like he does Thank you for taking time to read this letter

Sent from my iPhone

1

**Subject:**          David Kampfe

**From:** Clay <clay474@gmail.com>
**Date:** March 25, 2019 at 1:02:54 PM EDT
**To:** CSF@fallgatterlaw.com
**Cc:** dfheat@gmail.com
**Subject: David Kampfe**

Honorable Timothy J. Corrigan
District Court Judge

Re: United States v. David Kampfe; MDF Case No: 3:17-cr-12-TJC-JBT

Dear Judge Corrigan:

My name is Creighton (Clay) Clingan. I work as an automobile interior repair technician. I also am an IFBB pro men's physique competitor. I've known David Kampfe for approximately 2 1/2years and know of him for over 4 years through a mutual friend. I met David in person after I started training at the Gym Jax where he works as a trainer. I had only been training there for a few days when David approached me and asked me to come workout with him. He had told me later that he invited me to train with him because he had seen my work ethic and thought he could help me advance in the sport of bodybuilding. I was currently under the guidance of another coach at the time, but didn't hesitate to accept David's invitation because I knew of David's reputation in the industry. From that day forward it was the beginning of a life long friendship that David and I had developed. We've trained almost everyday together since that day. What I have witnessed over the last few years of our friendship is someone that will do any thing to help others succeed in fitness and in life. I've watched him help hundreds of people loose weight and change their lives for the better. His knowledge of the fitness industry goes deeper than anyone I've met before and he unselfishly shares it with others not just for a paycheck, but for the simple fact that he enjoys helping others. As I mentioned before, that I spend hours with David on a daily basis and clearly can see he is a genuine, honest, hardworking working person. I've watched him purchase his first home, remodel that home, marry his soul mate, and compete and train for several bodybuilding shows, work 50 to 60 hours a week building a successful business all while coaching mentoring hundred of people, including myself. I've never told David this, but I truly look at him as my younger, older brother. I say that because, he is a lot younger than me, but the level of maturity, integrity and honesty he possesses is usual only expressed by individuals muncher older than him. He has helped me personally through rough times in my marriage has been there for me on countless occasions when I needed some wise words to get me through whatever I was going through. He has taught me how to apply his knowledge of fitness and disciplines required in the bodybuilding industry to my everyday day life, which has in turn helped me to be a better husband, father, and provider. I will close with this statement. I am forever indebted to David for all he has done for me and I hope that this letter will help you Judge Corrigan to better understand what kind of individual David Kampfe is.   In my opinion David couldn't be a better representation of  good, kind hearted, loving and productive member of society and most of all my best friend.

Sincerely yours,
Creighton (Clay) Clingan

To whom it may concern,

I have been a beach resident for 50t years and a career Law Enforcement officer starting my career in 1979, and currently working as a Patrol Officer with the Neptune Beach Police Dept. I have coached several sports at Fletcher High School, and was at one time the School Resource Officer there. It was at Fletcher that I met David Kampfe. I was on the football staff when David played there. David became a close friend of our family and later in life would be mine and my son's personal fitness trainer. During this time we also became friends with David's family. I can attest to David's close relationshiop with his family and strong base in his religious faith. During my time with David I knew that if my son was with David they were safe and usually with a group of friends/teammates. After my son and David became adults and had a life of their own including, wives and my son starting a family, I lost close contact with David. I have seen David over the past couple of years periodically in and around the beach, and every time he has gone out of his way to come to me and my wife and ask about our family, and update us on his family and what he was doing with his life. I know David as a loyal and trustworthy person that has on numerous occasions done things for others with no intention of receiving anything in return. David has a big heart and truly cares about the welfare of family, friends and others.

If I can be of any further assistance, please do not hesitate to contact me.

Paul E. (Eddie) Bounds

Ph. 904-7071369

**Subject:**                        David Kampfe

**From:** Heather Mcconville <heather@a1arealtyservices.com>
**Date:** March 25, 2019 at 6:20:06 PM EDT
**To:** Curtis Fallgatter <CSF@fallgatterlaw.com>
**Cc:** "dfheat@gmail.com" <dfheat@gmail.com>
**Subject: David Kampfe**

Re: United States v. David Kampfe; MDF Case No:3:17-cr-12-TJC-JBT

Dear Judge Corrigan,
My name is Heather McConville. I am 41 years old. I live in Jacksonville Beach, Fl. with my husband Joe and our 3 kids (11,13,and 15).  I along with my husband own Smooth Moves, Inc and I am recently became a licensed Realtor. I first met David when my husband and I became engaged about 17 years ago. David is my husbands cousin and was in High school at the time. I remember him coming by our house and picking up our dog and taking him for runs. There were times while I was pregnant David would come by and cut our lawn for us. David wasn't one to get in trouble and he kept himself busy and away from the bad crowds. He even worked with my husband at our moving company. David was very active in playing sports,  he was and still is a great athlete. I knew David before his big muscles, much like my boys he was tall and thin. David has worked extremely hard to achieve the body he has. He doesn't take short cuts or the easy way like many body builders. He is smart, dedicated, and has a strong mind. It was no surprise to me when he decided to become a Personal Trainer. He began training families on the beach. I use to watch him work with different people as I would just lay out in the sun on 12th Avenue North. He loaded and unloaded his equipment in his truck and moved it from place to place. It wasn't until after a serious accident in 2010 that I would find myself about a year or so later coming to David for help. HIs never failing patience and knowledge has allowed me to work in my yard again and perform tasks around my home that I couldn't do after my accident. There were many times I would walk in to the gym in so much pain and he would stretch me so I could move again. He had to watch every move I made to ensure no injuries would be effected in a negative way.  I have watched David grow his own business, from the beach, to a back office, to a warehouse, to currently at The Gym on San Pablo where I continue to work out and see him weekly. My boys are also very athletic and there is no one I would trust to train them except David. He trains my boys 2 times per week! I hope my boys follow Davids example of hard work and commitment and that they will treat their health as David treats his.

As a woman and a mother I have seen David's respect for women over the years. He is honest and kind hearted. He would never take advantage of anyone. He was even sweet if he broke a girls heart. Watching David get married to Kate was so exciting. David would never settle down with just anyone. He waited and met Kate his absolute dream girl. David and Kate live just a few blocks from us. They have taken an old beach house and completely renovated it over the last year. Another example of how he continues to always look at something and make it better! David is now a husband and will one day soon be a father. I can not say enough about the man David is and truthfully has always been.

I appreciate you taking the time to read my letter. At some point in our lives we have all made a mistake. I pray that you would show him grace and mercy.

Thank You,
Heather McConville
619 14th Avenue North
Jacksonville Beach, Fl. 32250
(904)945-5496