IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER: 16-2013-CF-001407-AXXX-MA
DIVISION: CR-C

STATE OF FLORIDA

☐ Probation Violator
☐ Community Control Violator
☐ Retrial
☐ Resentence

vs.
MICHAEL JOSEPH WALDING JR, DEFENDANT

## JUDGMENT

The defendant, **MICHAEL JOSEPH WALDING JR**, being personally before this Court, represented by __W. Kent, Ltd.__, the attorney of record, and the State being represented by __M. Kennedy__, and having:

☐ been tried and found guilty by jury/by court of the following crime(s)
☑ entered a plea of guilty to the following crime(s)
☐ entered a plea of nolo contendere to the following crime(s)

| Count | Crime | Offense Statute Number(s) | Degree Of Crime |
|---|---|---|---|
| 1 | attempted possession of a controlled substance, a lesser included offense | 893.13(6)(a) 777.04(1) | 1°M |

☐ and no cause being shown why the defendant should not be adjudicated guilty; IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

☐ being a qualified offender pursuant to F.S. 943.325, the defendant shall be required to submit a DNA sample as required by law.

☑ and good cause being shown; IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

**FILED**
JUN 08 2016
CLERK CIRCUIT COURT

Page 1 of 5

[handwritten margin note: Corrected to reflect the court 6/30/16 N.C. and 57 sentence on 7/26/16 per order of the court 7/26/16]

STATE OF FLORIDA
VS.
MICHAEL JOSEPH WALDING JR, DEFENDANT

CASE NUMBER: 16-2013-CF-001407-AXXX-MA

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |

Fingerprints taken by: Name: __T.L. Blum #7148__  Title: __Bailiff__

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the defendant, **MICHAEL JOSEPH WALDING JR**, and that they were placed thereon by the defendant in my presence in open court on this date.

DONE AND ORDERED in open court in Jacksonville, Duval County, Florida, this __8__ day of __JUNE__, 20__16__.

_____
Judge

Page __2__ of __5__

| | |
|---|---|
| STATE OF FLORIDA | IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA |
| VS. | |
| MICHAEL JOSEPH WALDING JR, DEFENDANT | CASE NUMBER: 16-2013-CF-001407-AXXX-MA<br>DIVISION: CR-C |

## COURT ORDERED COSTS/FINES/FEES

The defendant is hereby ordered to pay the following sums if checked:

☒ A sum of $ 500 as a court cost pursuant to section 938.01, Florida Statutes, (Additional Court Cost Clearing Trust Fund).

☒ A sum of $50.00 pursuant to section 938.03, Florida Statutes, (Crimes Compensation Trust Fund).

☒ A sum of $60.00 pursuant to section 938.05, Florida Statutes, (Local Government Criminal Justice Trust Fund).

☒ A sum of $3.00 pursuant to section 938.19, Florida Statutes, and section 634.108, Ordinance Code, (Assessment of Additional Court Costs-Duval County Teen Court Trust Fund).

☒ A sum of $65.00 pursuant to section 939.185, Florida Statutes, and section 111.385, Ordinance Code, (Assessment of Additional Court Costs to be used for innovations, legal aid, law library, teen court programs).

☒ A sum of $100.00 pursuant to section 938.055, Florida Statutes, (FDLE Operating Trust Fund).

☐ A sum of $100.00 pursuant to section 938.27(1), Florida Statutes, (Sheriff's Office Investigative Cost).

☐ A sum of $ pursuant to section 938.27(1), Florida Statutes, (Prosecution Investigative Cost).

☒ A sum of $100.00 pursuant to section 938.27(8), Florida Statutes, (Cost of Prosecution).

☒ A sum of $20.00 pursuant to section 938.06, Florida Statutes, (Assessment of Additional Court Costs for Crime Stoppers Trust Fund).

☐ A sum of $ pursuant to section 938.29, Florida Statutes, (Court Appointed Counsel Fees).

☒ A sum of $ 50.00 pursuant to section 27.52, Florida Statutes, (Application for Court Appointed Counsel Fees).

☐ A sum of $151.00 pursuant to section 938.10, Florida Statutes, (Crimes Against Minors).

☐ A sum of $201.00 pursuant to section 938.08, Florida Statutes, (Funding Programs in Domestic Violence).

☐ A sum of $151.00 pursuant to section 938.085, Florida Statutes, (Rape Crisis Trust Fund).

☒ A sum of $20.00 pursuant to section 775.083(2), Florida Statutes, (Cost).

☐ A fine in the sum of $ pursuant to section 775.0835, Florida Statutes, (This provision refers to the optional fine for the Crimes Compensation Trust Fund and is not applicable unless checked and completed. Fines imposed as a part of a sentence to section 775.083, Florida Statutes, are to be recorded on the sentence page(s)).

☐ A sum of $ pursuant to section 938.04, Florida Statutes, (additional cost 5% of fine).

☐ A sum of $2.00 as a court cost pursuant to section 938.15, Florida Statutes, (Criminal Justice Education by Municipalities and Counties).

☐ A sum of $15.00 pursuant to section 938.13, Florida Statutes, (Misd. convictions involving drugs or alcohol).

☐ A sum of $135.00 pursuant to section 938.07, Florida Statutes, (EMS – DUI/BUI cases).

☐ A sum of $30.00 pursuant to section 318.18(13), Florida Statutes, and section 634.102, Ordinance Code, (CHT - State Court Facilities).

☐ A sum of $3.00 pursuant to section 318.18(17), Florida Statutes, (State Radio System (SRS)).

☐ A sum of $ for the cost of collecting the DNA sample required by section 943.325, Florida Statutes.

☐ Restitution in accordance with attached order.

☐ Other _____.

DONE AND ORDERED in open court in Jacksonville, Duval County, Florida, this _____ day of JUN 0 8 2016 , 20___.

_____
Judge Angela M Cox

Page 3 of 5

MICHAEL JOSEPH WALDING, DEFENDANT          CASE NUMBER: 16-2013-CF-001407-AXXX-MA
                                           OBTS # 1603078601

## SENTENCE

(As to Count (s) ___1___)

The defendant, being personally before this court, accompanied by the defendant's attorney of record W. Kent Itel, and the adjudication/withhold having been determined, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown:

- ☐ and the court having on _____ deferred imposition of sentence until this date.
- ☐ and the court having previously entered a judgment in this case on _____ now resentences the defendant.
- ☐ and the court having placed the defendant on probation/community control, and having subsequently revoked the defendant's probation/community control;

It Is The Sentence Of The Court That (check all that are applicable; unmarked sections are Inapplicable):

- ☑ The defendant pay a fine of $95,238.10 ZC 7/26/16 pursuant to Section 775.083, Florida Statutes, plus $_____ at the 5% surcharge required by section 938.04, Florida Statutes.    4,761.90
- ☐ The defendant is hereby committed to the custody of the Department of Corrections.   ZC
- ☐ The defendant is hereby committed to the custody of the Sheriff of Duval County, Florida.   7/26/16
- ☐ The defendant is sentenced as a Youthful Offender in accordance with section 958.04, Florida Statutes.

To be Imprisoned (check one; unmarked sections are inapplicable):

- ☐ For a term of natural life.
- ☐ For a term of _____.
- ☐ Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.
- ☐ Youthful Offender Sentence:
  Pursuant to the Florida Youthful Offender Act, the defendant shall be imprisoned for a period of _____, of which _____ shall be served by imprisonment followed by _____ in a Community Control Program according to the terms and conditions set forth in a separate order.

- ☐ Split Sentence (complete the appropriate paragraph):
  - ☐ Followed by a period of _____ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in a separate order.
  - ☐ However, after serving a period of _____ imprisonment in _____, the balance of the sentence shall be suspended and the defendant shall be placed on probation/community control for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of probation/community control set forth in a separate order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

Imposition of Sentence Stayed and Withheld (check one; unmarked sections are inapplicable):

- ☐ The court hereby stays and withholds the imposition of sentence and places the defendant on:
  - ☑ Probation/community control for a period of 6 months under the supervision of the Department of Corrections with a special condition that the defendant serve 2 days in Duval County Jail, with credit for 2 days.
  - ☐ Unsupervised probation for a period of _____ with the special condition that the defendant serve _____ days in Duval County Jail, with credit for _____ days. Unsupervised probation will terminate upon completion of special condition.
  (All other general/special conditions of probation/community control shall be set forth in a separate order.)

Page 4 of 5

MICHAEL JOSEPH WALDING JR, DEFENDANT        CASE NUMBER:16-2013-CF-001407-AXXX-MA
                                            OBTS # _____

In the event the defendant is sentenced to a period of incarceration in state prison, the Sheriff of Duval County, Florida, is hereby ordered and directed to deliver the defendant to the Florida Department of Corrections at the facility designated by the Department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

In open court, the defendant was advised of the right to appeal from this sentence by filing a notice of appeal with the clerk of this court within 30 days from this date and the right to the assistance of counsel in taking the appeal at the expense of the State on showing of indigency.

In imposing the above sentence, the court further recommends / adjudges:

_____
_____
_____
_____
_____

DONE AND ORDERED in open court in Jacksonville, Duval County, Florida, this _____ day of _____, 20___. NUNC PRO TUNC 6/28/16

JUL 27 2016

_____
Judge

Page 5 of 5